Jonathan Stone, Esq.
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, New Jersey 07840–4002
Telephone: (908) 979–9919
Facsimile: (908) 979–9920
court@jonstonelaw.com
Attorney for Plaintiff

RECEIVED
DEC 10 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Hon. Peter G. Sheridan, U.S.D.J. |
| KERYN ANNE RAKOW, | CIVIL ACTION |
| Plaintiff, | CASE NO: 3:14-cv-04682-PGS-TJB |
| v. | ORDER GRANTING JONATHAN STONE TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF |
| HILL WALLACK, LLP, VICTORIA A. SIMOES AND HEATHER DEHART, | |
| Defendants. | |

**THIS MATTER** being opened to the Court by Jonathan Stone, attorney for Plaintiff, for a Motion to Withdraw as Counsel for Plaintiff, and it appearing that good and sufficient notice of the Motion having been provided to the parties, *including Plaintiff, herself,* and for good cause having been shown:

It is ordered on this 10th day of December 2014 as follows:

**ORDERED** that Jonathan Stone, Esq. is relieved as counsel for Plaintiff and he is fully discharged from any responsibility for representing Plaintiff in present or future matters, effective upon the entry of the within Order; and it is further

**ORDERED** that a copy of this Order shall be served on all parties within 7 days of the date of this Order; *and it is further*

_____
Honorable Peter G. Sheridan, U.S.D.J.
Tonianne J. Bongiovanni, U.S.M.J.

ORDERED that Plaintiff shall obtain new counsel within 30 days of the date of the entry of this order. If counsel does not make an appearance within that time, Plaintiff shall be deemed *pro se*.

[Docket Entry No. 10 is terminated.]